***IN THE UNITED STATES DISTRICT COURT***
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

CHASIDY BRANCH                                                               PLAINTIFF

vs.                              CASE NO. 3:11cv00162 JMM

WHITNEY GARNER                                                               DEFENDANT


### ORDER OF DISMISSAL

Having been notified by the parties that a settlement has been reached in this

matter, the Court finds that this case should be dismissed.  The jury trial scheduled

December 3, 2012, is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice.

IT IS SO ORDERED this 11th day of July, 2012.


_____
UNITED STATES DISTRICT JUDGE